# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**SHEILA HENDERSON, EBONY BOYD,**
**as Parent and Natural Guardian of WB, a**
**Minor and EBONY BOYD, as Parent and**
**Natural Guardian of JJ, a Minor**                                    **PLAINTIFF**

v.                              No. 2:25-cv-93-DPM

**TIMOTHY PERRILL**                                    **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice.  The Court retains

jurisdiction until 15 February 2026 to enforce the parties' settlement.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_15 December 2025_